**BREJEAN BALANCIER**

**VERSUS**

**SEWERAGE & WATER BOARD OF NEW ORLEANS**

       *       **NO. 2022-CA-0255**

       *       **COURT OF APPEAL**

       *       **FOURTH CIRCUIT**

       *       **STATE OF LOUISIANA**

       *

       *

**\* \* \* \* \* \* \***

*JCL*    **LOBRANO, J., CONCURS IN THE RESULT**